UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

YVONNE JENKINS-DEWINDT,

    Plaintiff,

v.                                            Case No.  5:11-cv-613-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

**ORDER**

Pending before the Court is Plaintiff's Unopposed Motion for Enlargement of Time. (Doc. 10).  After the Commissioner answered Plaintiff's Complaint and the Court issued its Scheduling Order, it was determined that the electronic transcript filed by the Commissioner is missing exhibits.  The Commissioner intends to file a supplemental transcript but it is unclear how long this will take.  Plaintiff requests that her deadline to file her brief be extended until thirty (30) days after the supplemental transcript is actually filed.

Upon due consideration, it is hereby **ORDERED**:

    1.    Plaintiff's Unopposed Motion For Enlargement Of Time (Doc. 10) is **GRANTED**.  Plaintiff shall file her brief within **thirty (30) days** of the Commissioner filing the supplemental transcript.  The Commissioner's deadline likewise is extended until **sixty (60) days** from the date Plaintiff files her brief.

    2.    The Clerk will **administratively close** the file pending receipt of the supplemental transcript and notification from the Commissioner that the entire transcript has been filed and the case can be reopened.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on March 28, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel